NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SHELIA WINSETT,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2012-7180

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 12-784, Judge Alan G. Lance, Sr.

---

**ON MOTION**

---

**O R D E R**

Shelia Winsett moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

SHELIA WINSETT V. SHINSEKI                                    2

FOR THE COURT

/s/ Jan Horbaly
Jan Horbaly
Clerk

s21